1  Michael G. Doan, SBN 175649
   Doan, Levinson, & Liljegren, LLP
2  2850 Pio Pico Drive, Suite D
   Carlsbad, CA 92008
3  Phone (760) 450-3333 • Fax (760) 720-6082
   mike@dllfirm.com
4

5  Attorney for Thomas Allen Wold

6
                    UNITED STATES BANKRUPTCY COURT
7
                       Southern District of California
8

9
   In re:                                 )  Case No    01-10687
10                                         )
   Thomas Allen Wold,                     )  Chapter    7
11                                         )
           Debtors,                        )  AP No      07-90066
12  _____)
                                           )  **NOTICE OF DISMISSAL WITH**
13  Thomas Allen Wold,                     )  **PREJUDICE PURSUANT TO RULE**
                                           )  **41(a)(1)(i) OF THE FEDERAL**
14         Plaintiff(s)/Debtor(s),        )  **RULES OF CIVIL PROCEDURE**
                                           )
15  vs.                                    )
                                           )
16  Farmers Insurance Group Federal Credit Union, )
    and DOES 1 through 10, inclusive,      )
17                                         )
           Defendant.                      )
18  _____)

19

20

21         To Farmers Insurance Group Federal Credit Union and all other interested parties:

22  Plaintiff(s)/Debtor(s), Thomas Allen Wold, ("PLAINTIFF(S)"), hereby file this Notice of

23  Dismissal With Prejudice and hereon allege:

24                                  **RECITALS**

25  A.     On or about October 15, 2001 Plaintiff(s) filed the above referenced Bankruptcy Case.

26  B.     In relation to the Plaintiff's Bankruptcy case number 01-10687, Plaintiff(s) commenced

27         the above captioned adversary proceeding against Farmers Insurance Group Federal

28         Credit Union .

C. Federal Rule of Civil Procedure 41(a) states in pertinent part:

*a) Voluntary Dismissal: Effect Thereof.*

*(1) By Plaintiff; By Stipulation. Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs,......*

D. In the instant case, Farmers Insurance Group Federal Credit Union has neither filed an answer or a motion for summary judgment.

E. No Court Order is necessary to dismiss the above reference Adversary Proceeding.

WHEREFORE, the Plaintiff hereby submits this Notice of Dismissal of Adversary Proceeding number 07-90066 against Farmers Insurance Group Federal Credit Union pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and Rules 7041 and 9014 of the Federal Rules of Bankruptcy Procedure.

Dated: September 24, 2007        **DOAN, LEVINSON, & LILJEGREN, LLP**

By: ___/s ecf Michael G. Doan___
Michael G. Doan, Attorney for PLAINTIFF(S)

## CERTIFICATE OF SERVICE

**Ruben Maldonado**, assistant to Michael G. Doan, Attorney for the Plaintiff's, hereby certifies to the Court as follows:

1. I am not a party to this case;

2. I am not less than 18 years of age;

3. I have this day served a copy of the foregoing

**NOTICE OF VOLUNTARY DISMISSAL**

on all parties in interest, including the Trustee, as the same are shown below, by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person or entity at his or her dwelling house or usual place of abode or to the place where he or she regularly conducts business as hereinafter indicated:

> Eric A. Schneider, Esq.
> Anderson, McPharlin & Conners
> Thirty First Floor
> 444 South Flower Street
> Los Angeles, CA 90071

4. To the best of my knowledge, information and belief, the parties so served in this case are neither infants nor incompetents; and

5. Service as outlined herein was made within the United States of America.

Dated this Monday, September 24, 2007.


/s ecf Ruben Maldonado
Ruben Maldonado
Doan, Levinson, & Liljegren
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
mike@dllfirm.com
(760) 450-3333
Fax (760) 720-6082